**960 POPE** vs. **RECORDERS' COURT JUDGE** (Detroit), No. 15143; 64 N. W., 728; 2 D. L. N., 559.

To compel respondent to sign a bill of exceptions in a criminal case, where objections were raised by the prosecuting attorney to the bill as presented, and the court declared itself unable to settle the dispute without a transcript of the stenographer's minutes and refused to order such copy at the people's expense.

Denied October 23, 1895.

But held, that relator could not be compelled to furnish a copy of the testimony; the recorder should fix a day for the settlement of the bill, and at such time he should proceed upon the bill and such amendments as may be offered by the prosecuting attorney to consider the matter and settle such bill as in his judgment is proper.

**961 GILLIES** vs. **CIRCUIT JUDGE** (Kent), No. 15130, 106 M., 687.

To compel respondent to vacate an order requiring relator, upon the submission of a bill of exceptions on appeal, to procure from the stenographer and furnish counsel for appellee in the suit, a copy of a portion of the testimony taken on the trial, to enable him to prepare amendments to the bill of exceptions.

Denied October 22, 1895, without costs.

Held, that inasmuch as the statute relating to the duties of the stenographer of the Kent Circuit (3 How. Stat., Sec. 6534 e 2) provides that the appellant may tax as costs stenographer's fee, and that the transcript procured may be used by the opposite party in proposing amendments to the record, the court may require appellant to furnish the opposite party with a copy of the stenographer's notes necessary for the preparation of the amendments.